IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X
VERONIQUE HEPLER, individually and           :       Civil Action No. 13-cv-2815-LDW-WDW
on behalf of all others similarly situated,          :
                                                     :
            Plaintiff,                               :
                                                     :
     v.                                              :
                                                     :
ABERCROMBIE & FITCH CO., and                         :
ABERCROMBIE & FITCH                                  :
STORES, INC.,                                        :
                                                     :
            Defendants.                              :
---------------------------------------------------X

## DECLARATION OF SETH R. LESSER

I, SETH R. LESSER, declare under the penalty of perjury and state as follows:

      1.      I am a member of the bar of this Court and a partner at Klafter Olsen & Lesser LLP, attorneys for Plaintiff Veronique Hepler and the opt-in Plaintiffs in the above-captioned case. I submit this Declaration in Support of Plaintiff's Motion for Conditional Certification And Notice Pursuant to 29 U.S.C. § 216(b) based on my personal knowledge of the facts stated herein.

      2.      Attached to this Declaration as Exhibit A hereto are true and accurate copies of relevant portions of Defendants' Store Associate Handbook, produced by Defendants in this action, bearing Bates-stamp numbers AF00032450-51, AF00032455, AF00032464, AF00032489, and AF00032249-51. A complete copy of Defendants' Store Associate Handbook can be produced upon request.

      3.      Attached to this Declaration as Exhibit B hereto is a true and accurate copy of the declaration of Plaintiff Veronique Hepler dated June 25, 2014.

4. Attached to this Declaration as Exhibit C hereto is a true and accurate copy of the declaration of Plaintiff Dominique Marceau dated June 25, 2014.

5. Attached to this Declaration as Exhibit D hereto is a true and accurate copy of the declaration of Plaintiff Hilary Gibbs dated June 30, 2014.

6. Attached to this Declaration as Exhibit E hereto is a true and accurate copy of the declaration of Plaintiff Shurika Roberts-Crawford dated June 30, 2014.

7. Attached to this Declaration as Exhibit F hereto is a true and accurate copy of the declaration of Plaintiff Reed Hofmann dated June 26, 2014.

8. Attached to this Declaration as Exhibit G hereto is a true and accurate copy of the declaration of Plaintiff Cynthia Chan dated June 26, 2014.

9. Attached to this Declaration as Exhibit H hereto is a true and accurate copy of the declaration of Defendants' Director of Payroll and HRIS Luke Adams, dated June 17, 2014, that was attached as an exhibit to Defendants' Motion to Dismiss Veronique Hepler's Complaint Pursuant to 12(b)(1).

10. Attached to this Declaration as Exhibit I hereto are true and accurate copies of the following court opinions and/or orders: *Bouder v. Prudential Fin., Inc.*, 2008 U.S. Dist. LEXIS 25103 (D.N.J. Mar. 27 2008); *Goodman v. Burlington Coat Factory*, 1:11-cv-4395 (Order Dkt. No. 119) (D.N.J. Dec. 3, 2012); *Stillman v. Staples, Inc.*, 2008 U.S. Dist. LEXIS 32853 (D.N.J. Apr. 22, 2008); *Bell v. Citizen Fin. Grp., Inc.,* 2010 U.S. Dist. LEXIS 91172 (W.D. Penn. Sept. 2, 2010); *In re Enterprise*, 2010 U.S. Dist. LEXIS 82961 (W.D. Penn. Aug. 13, 2010); *Amador v. Morgan Stanley*, 11-cv-4326 (Order Dkt. No. 79) (S.D.N.Y. Feb. 27, 2013); *McKee v. Petsmart, Inc.*, C.A. No. l:12-cv-01117-SLR/MPT (D. Del.) (Dkt. No 79-1); *Heitzenrater v. OfficeMax, Inc.*, et.al., Case No. 2:12-cv-900 (W.D.N.Y) (Dkt. No 83-l); *Stallard v. Fifth Third*

*Bank, et.al.*, Case No. 2:12-cv-1092 (W.D. Pa.) (Dkt. No 97); and *Bland v. Calfrac Well Svcs. Corp.*, Case No. 2:12-cv-01407 (W.D. Pa.) (ECF 39-1).

                                             _____

                                             Seth R. Lesser