# EXHIBIT A

# Abercrombie & Fitch

## Store Associate Handbook
### Policies and Benefits for All Store Associates

This section of the associate handbook highlights policies and benefits that are applicable to all full-time and part-time store associates.

## Table of Contents

| | |
|---|---|
| INTRODUCTION | 3 |
| A&F HISTORY | 3 |
| COMPANY DIRECTORY | 5 |
| GENERAL INFORMATION | 6 |
|    FULL-TIME/PART-TIME DEFINITIONS | 6 |
|    REGULAR/SEASONAL DEFINITIONS | 6 |
|    OVERTIME EXEMPTION DEFINITIONS | 6 |
|    LENGTH OF SERVICE | 7 |
| POLICIES AND PRACTICES | 7 |
|    EMPLOYMENT | 7 |
|       Employment at Will | 7 |
|       Discrimination and Harassment | 7 |
|       Respect Policy | 10 |
|       Americans with Disabilities Act | 10 |
|       Non-Union Status | 11 |
|       Employment of Minors (under 18 years old) | 12 |
|       Associate Records | 12 |
|       Government Representatives | 13 |
|       Performance Reviews | 13 |
|       Pay Reviews | 13 |
|       Transfers and Promotions | 13 |
|       Relocation | 13 |
|       Conflict of Interest | 13 |
|       Resignations | 14 |
|       Employment/Income Verification | 14 |
|    PAY, HOURS, AND ATTENDANCE | 15 |
|       Your Paycheck | 15 |
|       Privacy of Confidential Records | 15 |
|       Overtime | 15 |
|       Record of Hours Worked | 15 |
|       Partners in Growth | 16 |
|       Break and Meal Periods | 16 |
|       Work Hours and Break Periods for Minors | 17 |
|       Tardiness | 18 |
|       Absence | 18 |
|       Inclement Weather | 18 |
|       Family and Medical Leave Act | 18 |

CONFIDENTIAL                                                                                     AF00032450

Military Leave Policy ........................................................................................................................ 19
Family or Caregiver Military Leave .................................................................................................. 20
Crime Victim Leave & Domestic / Sexual Violence Leave ............................................................. 21
COMMUNICATION ............................................................................................................................ 22
CUSTOMER SERVICE ....................................................................................................................... 22
LOSS PREVENTION AND SAFETY ................................................................................................ 24
Loss Prevention Store Policies ........................................................................................................ 24
Do's and Don'ts Associated with External Theft Prevention ......................................................... 29
Loss Prevention Acknowledgment .................................................................................................. 32
Policy on Privacy .............................................................................................................................. 32
Safety ................................................................................................................................................ 32
Hazardous Materials Policy ............................................................................................................. 32
Injury and Illness at Work ................................................................................................................ 32
Injured Customer ............................................................................................................................. 33
Company Property ........................................................................................................................... 33
Protection and Use of Company Assets ......................................................................................... 34
Operating a Vehicle on Company Business ................................................................................... 34
Confidential Information and Company Trade Secrets .................................................................. 34
Photography & Videotaping ............................................................................................................. 34
Solicitation and Distribution ............................................................................................................. 34
Political Contributions ...................................................................................................................... 34
CONDUCT .......................................................................................................................................... 35
Standards of Conduct ...................................................................................................................... 35
Conduct Outside of Work ................................................................................................................. 36
Performance Management – Getting Back on Track ..................................................................... 36
Appearance/Look Policy .................................................................................................................. 36
Smoking ............................................................................................................................................ 38
Drug-Free Workplace ....................................................................................................................... 38
Personal Phone Calls ....................................................................................................................... 38
Personal Cell Phones ....................................................................................................................... 38
The Company Expectations ............................................................................................................. 38
Ethics Hotline .................................................................................................................................... 38

**BENEFITS FOR ALL STORE ASSOCIATES** ............................................................................... **39**

DISCOUNT .......................................................................................................................................... 39
Personal Purchases ......................................................................................................................... 39
Resale Policy .................................................................................................................................... 39
Returned Check Policy .................................................................................................................... 40
Triple "AAA" ...................................................................................................................................... 40
HOLIDAYS .......................................................................................................................................... 40
Holiday Pay ....................................................................................................................................... 40
STOCK PURCHASE PLAN ............................................................................................................... 40
Stock Purchase Plan Terms and Conditions .................................................................................. 42
SAVINGS AND RETIREMENT PLAN (SARP) ................................................................................ 43
Plan Design ...................................................................................................................................... 43
(401k) Savings & Company Match .................................................................................................. 44
Retirement Contribution ................................................................................................................... 44
Vesting .............................................................................................................................................. 44
Investment Funds ............................................................................................................................ 44
Plan Administrative Information ....................................................................................................... 44
Administration of the 401(k) Savings and Retirement Plan ........................................................... 45
Rights and Protections under ERISA .............................................................................................. 45

CONFIDENTIAL                                                                                          AF00032451

## GENERAL INFORMATION

These benefits and policies apply to associates of Abercrombie & Fitch. Eligibility for some benefits is based on your associate status and length of service. The following are brief explanations that will help you understand the benefits you are eligible to receive.

### FULL-TIME/PART-TIME DEFINITIONS

| | DESCRIPTION | WHO IT APPLIES TO |
|---|---|---|
| Full-Time | Associates who are regularly scheduled to work 32 hours or more per workweek*. | Can be associates in any position. |
| Part-Time | Associates who are regularly scheduled to work less than 32 hours per workweek*. Part-time associates will experience fluctuations in scheduling based on business conditions, availability and associate performance. For purposes of determining "regularly scheduled" a consecutive 90-day period with the likelihood of continued similar scheduling will be used. | Typically applies to Models, Impact Team Members, and Overnight positions. Also includes Cashiers, Cleaners, and Greeters. |

### REGULAR/SEASONAL DEFINITIONS

| | DESCRIPTION | WHO IT APPLIES TO |
|---|---|---|
| Regular | Associates that have been hired to work on an ongoing basis for an indefinite time frame. | Can be associates in any position. |
| Seasonal | Associates that have been hired to work on a temporary basis or for a specific time frame. | Includes all part-time associates hired between 10/15 and 12/31 and to part-time associates hired for Back-to-School. |

### OVERTIME EXEMPTION DEFINITIONS

| | DESCRIPTION | WHO IT APPLIES TO |
|---|---|---|
| Non-Exempt | Associates who are eligible to receive overtime pay for hours worked over 40 per workweek*. | Associates in this group include Models, Impact Team Members, Overnighters and FT Stock associates. Also includes Cashiers, Cleaners, and Greeters. |
| Salaried, Non-Exempt | Non-exempt Associates who are paid on a salary basis and receive overtime pay at one-half their regular rate for each hour worked over forty per work week as overtime pay.* See Supplemental Pay on page 40 for more information. | This group includes Managers-in-Training, Assistant Managers, Stock Manager and Overnight Managers. Also, includes Loss Prevention Agents. |
| Exempt | Associates who are paid on a salaried basis and are not eligible for overtime pay. | Store Managers, Associate Store Managers and above are exempt. Also, includes Department Managers and Flagship Managers. |

\* - A workweek is defined as hours worked from Sunday through Saturday. Work day is defined as hours between 6:00am-5:59am the next day.

6

Revised 7/08

CONFIDENTIAL

AF00032455

Your Social Security Number
Your PIN (Birth Month, Birth Day, and last four digits of your social security number → MM-DD-####)
3) Select to obtain a Salary Key – Write down the salary key given to you
4) Give the person needing proof of your employment and income (the verifier) the following information:
Your Social Security Number:
Employer Code: **10902**
Your Salary Key (from #3 above)
The Work Number Access Options:
- www.theworknumber.com/verifier
- 800-367-5690
- 800-367-2884

## PAY, HOURS, AND ATTENDANCE

### Your Paycheck
You will receive a paycheck on a bi-weekly basis. Your manager will tell you what your rate of pay will be. Each pay period begins on a Sunday and ends on a Saturday. Any questions about your paycheck should first be discussed with your Store Manager if appropriate. If the pay issue is not satisfactorily resolved, you may discuss the problem with your District Manager, the Store Communications Department or Human Resources. See the Company directory for contact information.

Use of the company's Direct Deposit system is strongly encouraged.

Paychecks for active employees are only retained in the store for 27 days from pay date. After 27 days from pay date, checks are returned to the Home Office. The Payroll department will attempt to send your paycheck to your address on file.

It is your responsibility to ensure that you accurately clock in and clock out for all shifts that you are scheduled. You are encouraged to keep records of hours worked in case you have a discrepancy in your paycheck.

Associates who work overnight and on other certain shifts that fall during specific hours receive premium pay. Associates who worked hours outside of the premium pay time frames are paid their regular hourly rate, including any overtime for qualifying hours.

### Privacy of Confidential Records
We are committed to protect your privacy and will not share your personnel records or compensation information to anyone except authorized managers and government agencies. As part of our efforts to safeguard employment related information, you are asked not to disclose your private information with anyone except authorized managers. Unauthorized access or disclosure of confidential records (personnel file contents, etc.) may result in disciplinary action up to and including termination.

### Overtime
Abercrombie & Fitch pays overtime to non-exempt associates in a manner consistent with federal and state laws. More information about overtime pay is provided in the Overtime Exemption Definitions table in the General Information section of this handbook. If you have questions about overtime pay, contact your manager or Human Resources.

### Record of Hours Worked
All associates are required to punch in and out for all hours worked. This is the official record of hours worked and serves as the basis of calculating pay. You must punch in at the beginning of your shift, punch out at the end of your shift and in and out for breaks as described in the section "Break & Meal Periods." All hours worked must be accounted for.
Punching another associates' time or letting another associate punch your time is a violation of Company policy. If you should punch in or out at the wrong time (too early, too late, etc.) you may get an error message. If this happens, notify

CONFIDENTIAL                                                                                                              AF00032464

personal gain or advantage is strictly prohibited. For-profit sale or resale of purchased discounted items is considered a violation of this policy. Violations of this policy will put an associate's continued employment in jeopardy. Questions should be directed to Human Resources, Loss Prevention or the Brand Protection Departments.

### Returned Check Policy

If you should unfortunately bounce a check while making an employee purchase, you are responsible for any incurred bank fees and required to pay the Company immediately for the purchase amount. If an associate bounces a check more than once within a calendar year he or she may be subject to disciplinary action up to and including termination of employment.

### Triple "AAA"

We want to hire associates that identify with and promote the brand. To encourage associates to wear and enjoy the current Abercrombie & Fitch styles, the Home Office may offer a "AAA" purchase several times a year. New Hires and Qualifying rehires are eligible to purchase AAAs upon hire date. Qualifying transfers between brands are also eligible for AAAs. The "AAA" purchase is a higher than normal discount percentage off of select merchandise. The Home Office determines the specific discount rate, applicable merchandise and effective dates. Speak to your Store Manager for further details. In the case where merchandise is provided by the Company, without charge, the merchandise will be considered taxable income. The Company will automatically "gross up" the amount to offset the tax liability.

* Outlet and abercrombie kids stores have an affiliated retail store to use their associate discount for standard purchases and for AAA purchases. Speak to your Store Manager for details.

## HOLIDAYS

The following days are considered holidays for the purposes of this policy. These holidays apply to all associates except Martin Luther King Day, which applies to full-time associates only.

- New Year's Day
- Memorial Day
- July 4th
- Labor Day
- Thanksgiving Day
- Christmas Day
- Martin Luther King Day (applies to full-time associates only)
- Columbus Day (MA and RI only)
- Veterans Day (MA and RI only)
- Victory Day (RI only)
- Patriot's Day (MA only)

### Holiday Pay

Associates are eligible upon hire for holiday pay. Part-time (non-exempt) associates will be paid time and a half for all hours worked on the holidays listed above, except Martin Luther King Day and holidays not applicable to their respective state. Full-time (Salaried Non-Exempt) associates will receive 8 hours of holiday pay, plus regular wages for all hours worked on holidays listed above. Exempt associates will receive one full day off for each holiday. Arrangements for this day off must have the District Manager's approval. Pay for a holiday is based on the work day that the shift originates.

Religious holidays may be scheduled as time off without pay or counted as a personal day or as vacation. All requests for time off must be approved in advance by your manager. As with all requests for time off, approval is dependent upon the scheduling needs of the store and compliance with staffing guidelines.

### STOCK PURCHASE PLAN

Abercrombie & Fitch is pleased to offer you the opportunity to share in the success of the Company by purchasing Abercrombie & Fitch (ANF) Common Stock through regular payroll deductions.

- Participating associates have brokerage accounts opened in their own name with Fidelity.
- Stock is purchased every two weeks at the market price at the time of purchase.
- Abercrombie & Fitch pays the commissions on all stock purchases made from payroll deductions.

CONFIDENTIAL                                                                                                                    AF00032489

# Abercrombie & Fitch

## Store Associate Handbook
### Full-Time Associate Supplement

This section of the associate handbook highlights additional policies and benefits that are applicable to **full-time associates only**. Full-time refers to the status of associates who are regularly scheduled to work 32 hours or more per week. If you are unsure whether or not your status is classified as full-time or part-time, ask your manager.

## Table of Contents

MANAGEMENT RESPONSIBILITIES AND INFORMATION .................................................................. 48
   SUPPLEMENTAL PAY ................................................................................................................... 48
   40-HOUR MINIMUM WORKWEEK REQUIREMENT FOR MANAGERS ...................................... 48
   NON-FRATERNIZATION POLICY ................................................................................................. 49
   DISCRIMINATION AND HARASSMENT ...................................................................................... 50
      Management Responsibility .................................................................................................. 50
   AMERICANS WITH DISABILITIES ACT (ADA) ........................................................................... 51
   DRUG-FREE WORKPLACE ......................................................................................................... 51

INSURANCE BENEFITS ....................................................................................................................... 51
   ELIGIBILITY ................................................................................................................................... 51
   DOMESTIC PARTNER BENEFITS .............................................................................................. 52
   MEDICAL INSURANCE ................................................................................................................ 53
   PRESCRIPTION DRUG COVERAGE .......................................................................................... 53
   DENTAL INSURANCE .................................................................................................................. 53
   LIFE INSURANCE ........................................................................................................................ 53
   FLEXIBLE SPENDING ACCOUNTS (FSA) ................................................................................. 53
   EMPLOYEE ASSISTANCE PROGRAM (EAP) ........................................................................... 54
   BENEFITS UPON TERMINATION – (COBRA COVERAGE INSURANCE) ............................... 54

TIME AWAY FROM WORK .................................................................................................................. 54
   HOLIDAYS .................................................................................................................................... 54
   VACATION .................................................................................................................................... 54
   PERSONAL DAYS ....................................................................................................................... 57
   SICK PAY ...................................................................................................................................... 57
   LEAVES OF ABSENCE ................................................................................................................ 58
      Granting of a Leave of Absence ........................................................................................... 58
      Types of Leaves of Absence ................................................................................................ 58
      Continuation of Insurance While on Personal Leave ......................................................... 60

CONFIDENTIAL   AF00032249

## MANAGEMENT RESPONSIBILITIES AND INFORMATION

### SUPPLEMENTAL PAY**

Assistant Managers, Overnight Managers, Stock Managers, Managers-In-Training and Loss Prevention Agents receive a weekly base salary for all hours worked each week. This base salary will be paid for all hours worked in the week, regardless of the number of hours worked. Even if Assistant Managers, Overnight Managers, Stock Managers and Managers-In-Training work less than forty hours in a week, he or she will receive the full salary. For administrative purposes only, this base salary is computed and reflected on paychecks at an hourly rate. In addition to the base salary, Assistant Managers, Overnight Managers, Stock Managers and Managers-In-Training working in states other than California, Alaska and New Mexico are eligible for hourly *Supplemental Pay* for hours "worked" in excess of 40 each week. Hours "worked" includes actual hours worked, such as regular work time, meetings in or out of the store, inventory, management training, and new store openings.

Since the associate's base salary already includes compensation for all hours worked, an associate who works more than forty hours is entitled to an additional ½ time supplement for all hours worked over 40 in the workweek. This method is specifically permitted by the United States Department of Labor. The examples below show how this is calculated:

**Example 1:**
Base Salary $480
Hours Worked 45

$480 divided by 40 = $12.00 regular hourly rate
$12.00 divided by 2 = $6.00 supplemental rate
$6.00 supplemental rate x 5 overtime hours worked = $30.00 supplemental pay
$480 base salary + $30.00 supplemental pay = $510 total pay

**Example 2:**
Base Salary $480
Hours Worked 50

$480 ÷ 40 = $12.00 regular hourly rate
$12.00 ÷ 2 = $6.00 supplemental rate
$6.00 x 10 hours = $60.00 supplemental pay
$480 + $60.00 = $540 total pay

All benefit hours must be paid on 8 straight time hours. Benefit hours, excluding sick pay, will not count as hours worked or accumulated towards the calculation of supplemental pay. Hours worked on a holiday must be paid based on 8 straight hours (this is in addition to the 8 hours of holiday pay). Only hours worked and sick pay hours are to be accumulated towards the calculation of supplemental pay. Benefit hours include emergency absence, vacation, holiday, personal day, and jury duty.

**Supplemental pay is not applicable to associates in California, Alaska and New Mexico. California Associates should refer to the California Supplemental Insert for specific details about overtime pay.

### DEDUCTIONS FROM SALARY

It is our policy to comply with the salary basis requirements of the Fair Labor Standards Act ("FLSA") and state wage laws. Therefore, we prohibit all company managers from making any improper deductions from the salaries of exempt associates or non-exempt associates who receive a salary and Supplemental Pay. We want associates to be aware of this policy and that the Company does not allow deductions that violate the FLSA or state law. If you believe than an improper deduction has been made to your salary, you should immediately report this information to your direct supervisor or to Human Resources at 866-367-1892.

Reports of improper deductions will be promptly investigated. If it is determined that an improper deduction has occurred, you will be promptly reimbursed for any improper deduction made. If you have any questions about what constitutes an improper deduction, please contact Human Resources at 866-367-1892.

### 40-HOUR MINIMUM WORKWEEK REQUIREMENT FOR MANAGERS

All Managers must have a minimum of 40 hours per week. The workweek is defined as hours worked from Sunday through Saturday. These hours include hours worked and hours coded as benefit time, such as vacation or personal

CONFIDENTIAL    AF00032250

days. When you take time off, benefit time must be used. If you are not eligible for benefit time or you have already used your benefit time, then you will need to work 40 hours. It is your responsibility to make sure that your benefit time is properly coded prior to final payroll processing. Manager associates with less than 40 hours reported per week will be subject to disciplinary action up to and including termination of employment. *Management associates must have their District Manager approval before taking vacation time or personal days.* This policy includes Loss Prevention Agents.

## NON-FRATERNIZATION POLICY

We recognize that bonds between individuals sometimes develop in the workplace, and that these bonds can occasionally develop into romantic relationships. At Abercrombie & Fitch, we believe it is important to manage such relationships when they develop in order to prevent any risk of an ongoing or severed romantic relationship having a negative impact on an associate's employment or job performance.

A romantic relationship is considered to be any dating situation (including personal phone calls or text messages), or any sexual or intimate activity between a member of management and another associate of the company.

### Requirement to Report a Potential Relationship:

If a manager has decided to pursue a romantic or sexual relationship with *any associate in the Company* (e.g. you're really interested in someone and would consider calling them outside of work to get to know them better or ask them out on a date), the manager must disclose this to his or her supervisor or Human Resources before it becomes a romantic relationship. The District/Regional Manager and Human Resources will assess the situation and will work with both parties to resolve any related issues or conflicts of interest in a way that meets Abercrombie & Fitch's business needs and is respectful of both parties involved.

### Relationships between Managers and Subordinates:

The manager position requires the trust and confidence of those working with and for the manager. Romantic relationships between a manager and subordinate can compromise the manager's position of trust and authority and impair the manager's ability to manager without bias or perceived bias. Because of the inherent problems caused by romantic relationships between managers and subordinates, they are strictly prohibited. Violation of this policy may lead to disciplinary action up to and including termination of employment.

As previously mentioned, if you decide to pursue a romantic or sexual relationship with a subordinate, you must disclose this to your supervisor or Human Resources before it becomes a romantic relationship so the situation can be assessed.

### Reporting Violations:

It is the responsibility of all managers to enforce this policy by reporting suspected violations to their supervisor (or up the chain of command) or to Human Resources. Failure to report a known violation of this policy may result in disciplinary action up to and including termination of employment.

### Socializing With Other Associates

Relationships you build at work can naturally develop into friendships. Close friendships between a manager and the associates who report to the manager can cause problems, such as compromising the manager's objectivity about these associates or creating the perception of favoritism, and diminishing the respect other members of the staff have for the individual as a manager. To prevent these problems, members of management must maintain a professional relationship with their reporting associates. For example, managers must not socialize with their non-management associates outside of work. General and Store Managers may only socialize with their management teams providing:

1. Every management team member is invited and is reasonably able to attend (manager covering store rotates, etc.).
2. Everyone observes the Discrimination and Harassment Policy as well as the Standards of Conduct, behaving responsibly and respectfully at all times.
3. Everyone understands that their actions while together create impressions, impact working relationships and can impact their careers.
4. The store manager must get verbal approval in advance from their DM.

49   Revised 7/06

CONFIDENTIAL

AF00032251