

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
VERONIQUE HEPLER, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.

ABERCROMBIE & FITCH CO., and
ABERCROMBIE & FITCH
STORES, INC.,

        Defendants.
------------------------------------------------------X

Civil Action No. 13-cv-2815-LDW-WDW

Hon. Leonard D. Wexler

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 1 4 2016 ★
LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action, **WITH PREJUDICE**, with each party to bear her/its own costs.

Respectfully submitted,

/s/ Seth R. Lesser
Seth R. Lesser
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
(914) 934-9200

*Attorneys for Plaintiffs*

/s/ Mark A. Knueve
Daren S. Garcia (admitted pro hac vice)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
Email: maknueve@vorys.com;
dsgarcia@vorys.com;

*Attorneys for Defendants*

SO ORDERED
/s/ Leonard D. Wexler
U.S.D.J.
CENTRAL ISLIP, NY
12/14/16

9/26/2014 20232925